UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD LEE CARMICHAEL, | Case No. 2:16-cv-01142-RFB-GWF |
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Good cause appearing, petitioner's motion for extension of time (ECF No. 20) is GRANTED. Petitioner shall have to and including August 10, 2018, within which to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 11th day of June, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1