UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD LEE CARMICHAEL, | Case No. 2:16-cv-01142-RFB-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner's second motion for extension of time (ECF No. 22) is GRANTED. Petitioner shall have to and including October 27, 2018, within which to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS 28th day of August, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE