UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD LEE CARMICHAEL,<br><br>        Petitioner,<br>v.<br><br>JO GENTRY, et al.,<br><br>        Respondents. | Case No. 2:16-cv-01142-RFB-GWF<br><br>ORDER |

Good cause appearing, respondents' unopposed motion for extension of time (ECF No. 26) is GRANTED. Respondents will have until January 10, 2019, to respond to the amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 3rd day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1