UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD LEE CARMICHAEL, | Case No. 2:16-cv-01142-RFB-GWF |
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner's motion for extension of time (ECF No. 31) is GRANTED. Petitioner will have to and including April 24, 2019, within which to file an opposition to the motion to dismiss in this case.

IT IS SO ORDERED.

DATED this 25th day of January, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE