UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD LEE CARMICHAEL,<br><br>       Petitioner,<br>v.<br><br>JO GENTRY, et al.,<br><br>       Respondents. | Case No. 2:16-cv-01142-RFB-GWF<br><br>ORDER |

Good cause appearing, petitioner's second unopposed motion for extension of time (ECF No. 33) is GRANTED. Petitioner will have to and including June 24, 2019, within which to file an opposition to the motion to dismiss in this case.

IT IS SO ORDERED.

DATED this 25th day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1