UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD LEE CARMICHAEL, | Case No. 2:16-cv-01142-RFB-GWF |
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 40) is granted. Respondents will have until August 30, 2019 to file a reply to the opposition to their motion to dismiss. However, given the age of both this case and the pending motion further extensions of time are not likely to be granted.

IT IS SO ORDERED.

DATED this 26th day of  July, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1